No. D–458.   IN RE DISBARMENT OF REY.   It is ordered that Joseph J. Rey, Sr., of Odessa, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–459.   IN RE DISBARMENT OF STACHURSKI.   It is ordered that Kenneth M. Stachurski, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–460.   IN RE DISBARMENT OF HINES.   It is ordered that Eugene Patrick Hines, of McLean, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–1922.   SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC., ET AL. v. UNITED STATES.   C. A. 11th Cir.   [Certiorari granted, 467 U. S. 1240.]   Motion of National Small Shipments Traffic Conference et al. for leave to file a brief as *amici curiae* granted.

No. 84–177.   ILLINOIS v. HAMMOCK.   App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 84–5450.   IN RE HARRIS.   Petition for writ of habeas corpus denied.

No. 83–1935.   TONY AND SUSAN ALAMO FOUNDATION ET AL. v. DONOVAN, SECRETARY OF LABOR.   C. A. 8th Cir.   Certiorari granted.

No. 84–127.   RICHARDSON-MERRELL INC. v. KOLLER, AN INFANT, BY AND THROUGH KOLLER ET UX., HER NATURAL GUARDIANS, ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 84–277.   BOARD OF TRUSTEES OF THE VILLAGE OF SCARSDALE ET AL. v. MCCREARY ET AL.   C. A. 2d Cir.   Certiorari granted.